# EXHIBIT A

**Exhibit A**
**90 Day Disbursements**
**Bankruptcy Case No. 17-12560**

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 08/02/17 | 11/10/17 | 60816 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT AUG 3 DAYS | $ 13.28 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 08/02/17 | 11/10/17 | 60815 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - RETURN | 31,861.71 |
| | | | | | | | $ 31,874.99 |

**EXHIBIT B**

Exhibit B
Net Winner Disbursements
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 07/25/16 | 09/08/16 | 41363 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT JUL 12 DAYS | $ 53.10 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 08/22/16 | 09/08/16 | 42987 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT AUG | 132.76 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 09/20/16 | 10/04/16 | 44674 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT SEP | 132.76 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 10/25/16 | 12/27/16 | 46415 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT OCT | 132.76 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 11/15/16 | 12/27/16 | 48138 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT NOV | 132.76 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 12/13/16 | 01/23/17 | 49766 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT DEC | 132.76 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 01/17/17 | 02/03/17 | 51542 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT JAN | 132.76 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 02/14/17 | 05/01/17 | 53129 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT FEB | 132.76 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 03/21/17 | 05/01/17 | 54681 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT MAR | 132.76 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 04/18/17 | 05/01/17 | 56188 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT APR | 132.76 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 05/16/17 | 08/29/17 | 57707 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT MAY | 132.76 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 06/20/17 | 08/29/17 | 59187 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT JUN | 132.76 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 07/18/17 | 08/29/17 | 60588 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT JUL | 132.76 |
| Woodbridge Mortgage Investment Fund 3, LLC | 1894942992 | 08/02/17 | 11/10/17 | 60816 | TROY & LAVENIA HASKETT | MTG3 SR WALDEN, CA - INT AUG 3 DAYS | 13.28 |
| | | | | | | | $ 1,659.50 |